# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JORDAN WILLIAMS                                                                              PETITIONER
ADC #164235

V.                                      No. 4:21-CV-694-JTR

DEXTER PAYNE,
Director, Arkansas Division of Correction                                      RESPONDENT

## JUDGMENT

Consistent with the Memorandum Opinion that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, with prejudice.

DATED this 28th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE